

James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, etc.

v.

Green HAYWOOD et al.

Court of Appeals of Kentucky.

March 2, 1973.

Gemma M. Harding, Department of Labor, Louisville, for appellants.

Barkley J. Sturgill, Harold J. Stumbo, Prestonsburg, for Green Haywood.

Fred Francis, Prestonsburg, for Princess Couls, Inc.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

Ray Daniel SHEPHERD, Appellant,

v.

Irene COLE, Appellee.

Court of Appeals of Kentucky.

March 2, 1973.

David L. Knox, Clay M. McKnight, Georgetown, for appellant.

Alva A. Hollon, Hazard, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

James R. YOCOM, Commissioner of Labor, etc., Appellants,

v.

Bryan WOODS and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

March 2, 1973.

Neville Smith, Manchester, Gemma M. Harding, Louisville, for appellants.

Eugene H. Clark, Manchester, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

James R. YOCOM, Commissioner of Labor, etc., et al.

v.

Green ALLEN et al.

Court of Appeals of Kentucky.

March 2, 1973.

Gemma M. Hardin, Louisville, for James R. Yocom.

Neville Smith, Manchester, for Shamrock Coal Co.

Maxwell P. Barret, Craft, Barret, Haynes & Ward, Hazard, for Finley Coal Co.

Eugene Clark, for Green Allen.

John Lyttle, Manchester, for Phil Young Coal Company.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

* Opinion ordered not to be published.